111 F.3d 127
 Dennis Spillman
v.
William Wallen, Michael R. Kopac, III, Sacks, Basch, Weston
and Sacks, Herbert L. Ocks, Ocks and Barsky Law Office, as
Successor to Bloom, Ocks, Fisher and Anderson Law Office,
Fraternal Order of Police Lodge No. 5, Fraternal Order of
Police Legal Services Plan
 NO. 96-1662
 United States Court of Appeals,
Third Circuit.
 Mar 27, 1997
 
 Appeal From: E.D.Pa. ,No.9500750 ,
 VanArtsdalen, J.
 
 
 1
 Affirmed.